**SO ORDERED**

No response or opposition.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| In re: | Bankruptcy No. 20-1-0650 TJC |
|---|---|
| **JACQUELINE S. NELSON,** | Chapter 13 |
| *Debtor.* | **ORDER GRANTING MOTION TO SELL** |

**UPON CONSIDERATION** of Debtor's Motion to Sell and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Motion to Sell is granted; and it is further

**ORDERED** that the Debtor may sell the improved real property described as 4 Virginia Court, Ocean View, Delaware to Terry and Amy Norcross for the price and subject to the terms described in the Motion; and it is further

**ORDERED** that all liens on said property shall be paid in full as of the closing date; and it is further

**ORDERED** that from the net proceeds of settlement, the settlement attorney shall pay directly to the Chapter 13 Trustee a sufficient sum to fund the Chapter 13 Plan in full; and

**ORDERED** that the 14 day stay provision of Rule 6004(h) is hereby waived.

cc:    Debtor
       Debtor's Counsel
       Chapter 13 Trustee
       All Creditors

END OF ORDER

Case 20-10650    Doc 36    Filed 05/13/20    Page 2 of 2